# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| **GIBSON GUITAR CORP.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **NO. 3:04-0449** |
| | ) | **JUDGE HAYNES** |
| **TOKAI GAKKI COMPANY,** | ) | |
| **LTD. a/k/a TOKAI GUITAR** | ) | |
| **CO., LTD. et al,** | ) | |
| **Defendants.** | | |

## ORDER

In accordance with the Memorandum filed herewith, Tokai's motion to set aside the

default judgment (Docket Entry No. 49) is **DENIED**. Upon review of the file, there are not any

further matters before the Court.

This is the Final Order in this action.

It is so **ORDERED**.

Entered this the _6_ day of February, 2007.

William J. Haynes, Jr.
United States District Judge